pany. H. Graves, for appellant. M. Mackenzie, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re MANHATTAN TERMINAL OF NEW YORK AND BROOKLYN BRIDGE. (Supreme Court, Appellate Division, First Department. October 20, 1911.) In the matter of the Manhattan Terminal of New York and Brooklyn Bridge. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 129 N. Y. Supp. 1134; 130 N. Y. Supp. 1120.

---

MANN v. SHEA. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Adam Mann against John Shea. No opinion. Motion denied, with $10 costs. Order filed.

---

MANN v. SHEA. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Adam Mann against John S. Shea. No opinion. Application denied, with $10 costs. Order signed.

---

MARGOLIN v. MARGOLIN et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Henry Margolin against Hyman Margolin and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 140 App. Div. 907, 125 N. Y. Supp. 1130.

---

MARNANE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Patrick Marnane against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MARONEY, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Annie Maroney against the New York Transportation Company. T. H. Lord, for appellant. F. N. Van Zandt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MARSH, Appellant, v. NEWTON FALLS PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Louis H. Marsh against the Newton Falls Paper Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

---

MARTIN, Respondent, v. MEISTRELL, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Homer G. Martin against Henry F. Meistrell.

PER CURIAM. Motion denied, on condition that the appellant pay $10 costs within 10 days, perfect his appeal, place the cause at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

MARX, Appellant, v. GAYNOR et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Jacob Marx against William J. Gaynor and others. A. B. Nathan, for appellant. C. L. Barber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MAYER v. HARRIS et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Edward L. Mayer, as administrator, etc., against Isaac Harris and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

---

MELI, Respondent, v. CITY OF JAMESTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Joseph S. Meli against the City of Jamestown. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

---

MENKEL, Appellant, v. WILSON, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Anthony M. Menkel, as receiver of George W. Leroy, against Kate Mabel Leroy Wilson and George W. Leroy.

PER CURIAM. Judgment affirmed, with costs.

THOMAS, J., dissents.

---

MEREDITH, Respondent, v. GURLEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Laura M. Meredith, an infant, against William F. Gurley.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG and HOUGHTON, JJ., dissent.

---

METRE, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by John Metre against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the plaintiff did not establish freedom from contributory negligence.

McLENNAN, P. J., and KRUSE, J., dissent.